```
1  JESSE S. KAPLAN    CSB#103726
   5441 Fair Oaks Bl. Ste. C-1
2  Carmichael, CA   95608
   916/488-3030
3  916/489-9297 fax

4  Attorney for Plaintiff
   MICHAEL HADDIX
```

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA
-o0O0o-

| | |
|---|---|
| MICHAEL HADDIX, | No.   2:12-CV-00829-AC |
| Plaintiff, | |
| | STIPULATION AND [proposed] ORDER EXTENDING PLAINTIFF'S TIME TO FILE MOTION FOR SUMMARY JUDGMENT |
| v. | |
| MICHAEL ASTRUE,<br>    Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court, that plaintiff's time to file a motion for summary judgment is extended from March 8th to April 1, 2013.

This is the first extension.

Dated: March 14, 2013                           /s/   Jesse S. Kaplan
                                                JESSE S. KAPLAN
                                                Attorney  for  Plaintiff


Dated:  March 14, 2013                          /s/ per e-mail authorization

                                                CYNTHIA De NARDI
                                                Special Assistant U.S. Attorney
                                                Attorney for Defendant

1

## **ORDER**

For good cause shown, the requested extension of plaintiff's time to file an opening brief is extended to April 1, 2013.

SO ORDERED.

Dated: March 19, 2013.

_/s/ Allison Claire_

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE