**JESSE S. KAPLAN   CSB#103726**
**5441 Fair Oaks Bl. Ste. C-1**
**Carmichael, CA   95608**
**916/488-3030**
**916/489-9297 fax**

**Attorney for Plaintiff**
**MICHAEL HADDIX**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA
-o0O0o-

| | |
|---|---|
| **MICHAEL HADDIX,** | No.   2:12-CV-00829-AC |
| **Plaintiff,** | |
| | **STIPULATION AND [proposed] ORDER EXTENDING PLAINTIFF'S TIME TO FILE MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| **MICHAEL ASTRUE,**<br>   **Commissioner of Social Security,** | |
| **Defendant.** _____ / | |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court, that plaintiff's time to file a motion for summary judgment is extended from March 8th to April 1, 2013.

This is the first extension.

Dated: March 14, 2013                                                              */s/   Jesse S. Kaplan*
                                                                                                    JESSE S. KAPLAN
                                                                                                    Attorney for Plaintiff


Dated:  March 14, 2013                                                           */s/ per e-mail authorization*

                                                                                                    CYNTHIA De NARDI
                                                                                                    Special Assistant U.S. Attorney
                                                                                                    Attorney for Defendant

**<u>ORDER</u>**

For good cause shown, the requested extension of plaintiff's time to file an opening brief is extended to April 1, 2013.

SO ORDERED.

Dated: March 19, 2013.

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE